JUDGE SPRIZZO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 4992

------------------------------------------------------------x

F-O-R-T-U-N-E FRANCHISE CORPORATION,     :     Index No.:

                Plaintiff,    :     RULE 7.1 STATEMENT

- against -    :

FORTUNE FRANCHISE, INC.

                Defendant.

------------------------------------------------------------x

[RECEIVED MAY 30 2008 U.S.D.C. S.D.N.Y. CASHIERS]

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff F-O-R-T-U-N-E Franchise Corporation, a New York corporation (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party that are publicly held.

Dated: New York, New York
       May 30, 2008

                              TANNENBAUM HELPERN
                              SYRACUSE & HIRSCHTRITT, LLP

                              By: _____
                                 L. Donald Prutzman (LP-1327)
                              900 Third Avenue
                              New York, New York 10022
                              (212) 508-6700
                                Attorneys for Plaintiff