SPA1225

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

F-O-R-T-U-N-E FRANCHISE
CORPORATION,

        Plaintiff,

    - against -

FORTUNE FRANCHISE, INC.,

        Defendant.

-------------------------------------------------------------- x

08 CV 4992 (JES)

NOTICE OF DISMISSAL
STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that the action is hereby dismissed pursuant to Fed. R. Civ. P. 41 with prejudice and without costs to any party, and that the Court shall retain jurisdiction to enforce the settlement agreement herein.

Dated: New York, New York
       June 16, 2008

TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT LLP

By: _____
   L. Donald Prutzman (LP1327)

900 Third Avenue
New York, New York 100022
(212) 508-6739
   Attorneys for plaintiff

RUSSEL G. WINICK &
ASSOCIATES, P.C.

By: _____
   Robert Koback
   (ARDC No. 6256948)

1220 Iroquois Avenue
Naperville, Illinois 60563
(630) 548-5800
   Attorneys for defendant

6/17/08 SO ORDERED:

_____
U.S.D.J.

for Judge Sprizzo